■ VINCENT GASKEY, Appellant-Respondent, v JAMES D. VOLLERTSEN, Respondent-Appellant. (Action No. 1.) NORMAN NEWTON, Appellant-Respondent, v JAMES D. VOLLERTSEN, Respondent-Appellant. (Action No. 2.)

Present — Dillon, P. J., Boomer, Green, O'Donnell and Schnepp, JJ.